IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CASE No. |
| v. | : |
| | : JUDGE **2:19 cr 3** |
| JENNIFER L. SEYMOUR | : 18 U.S.C. § 2252(a)(2) & (b)(1) |
| | : 18 U.S.C. § 2253(a)(1) & (3) |

2019 JAN -3 PM 4:35

Judge Graham

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

Between on or about April 30, 2018, through on or about May 1, 2018, in the Southern District of Ohio, the defendant, **JENNIFER L. SEYMOUR**, did knowingly distribute one or more visual depictions using any means or facility of interstate or foreign commerce, including a cellular phone and the internet, the production of such visual depictions having involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital image files depicting a prepubescent female child engaged in the lascivious display of the genitalia.

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## FORFEITURE COUNT A

The allegations of Count One of this Information are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

As a result of the offense alleged in Count One of this Information, and upon conviction thereof, the defendant, **JENNIFER L. SEYMOUR**, shall forfeit to the United States:

(a) all matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped and possessed in violation thereof; and,

(b) all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including the following:

1. One ZTE Z851M cellular phone, serial number 329F76656B82; and
2. One LG M153 cellular phone, serial number 711CYLH445752.

In violation of 18 U.S.C. § 2253(a)(1) and (3).

BENJAMIN C. GLASSMAN
United States Attorney

_____
HEATHER A. HILL (IL 6291633)
Assistant United States Attorney